IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TERRIEK A. VORNES, SR                                                                 PLAINTIFF
ADC #112874

v.                                          No. 3:19-cv-279-DPM

RONNIE WILLIAMS, Detective,
Osceola Police Department; JOE
WHITE, Detective, Osceola Police
Department; PEDRO BOBBY
MOREIRA, Patrol Officer, Osceola
Police Department; and OLLIE
COLLANS, Chief, Osceola Police
Department                                                                            DEFENDANTS

ORDER

Vornes hasn't moved to lift the stay; and the time to do so has passed. *Doc. 4.* The Court therefore lifts the stay and will dismiss this case without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

31 October 2022