IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TERRIEK A. VORNES, SR                                              PLAINTIFF
ADC #112874

v.                              No. 3:19-cv-279-DPM

RONNIE WILLIAMS, Detective,
Osceola Police Department; JOE
WHITE, Detective, Osceola Police
Department; PEDRO BOBBY
MOREIRA, Patrol Officer, Osceola
Police Department; and OLLIE
COLLANS, Chief, Osceola Police
Department                                                        DEFENDANTS

## JUDGMENT

Vornes's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

31 October 2022